IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY CHILDRESS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 13-cv-3252 JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed the complaint in this action on July 15, 2013. (Dkt. No. 1.) The Social Security Procedural Order issued that same day indicates that "Plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer." (Dkt. No. 3 at ¶ 2.) Defendant filed its Answer on November 13, 2013. (Dkt. No. 19.) Now more than two months later, Plaintiff has not yet filed a motion for summary judgment or remand.

The Answer does not include a Certificate of Service and there is no other indication on the Court's docket that the Answer was served on Plaintiff, and if so, when service was accomplished. Accordingly, no later than February 10, 2014, the Government is ORDERED to file proof of service of its Answer on Plaintiff.

//

//

It is further ORDERED that the Government serve a copy of this Order and proof of service of its Answer on Plaintiff.

**IT IS SO ORDERED.**

Dated:  February 3, 2014

                                              _Jacqueline S. Corley_
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE