UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY CHILDRESS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 13-cv-03252-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

Plaintiff filed the complaint in this action on July 15, 2013. (Dkt. No. 1.) The Social Security Procedural Order issued that same day indicates that "Plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer." (Dkt. No. 3 at ¶ 2.) In response to the Court's Order to Show Cause issued on February 3, 2014, (Dkt. No. 24), the Government filed a Certificate of Service indicating that it served its answer on Plaintiff on November 13, 2013 (Dkt. No. 25).

Because Plaintiff's motion for summary judgment is now more than three months overdue, Plaintiff is hereby ORDERED to Show Cause why her complaint should not be dismissed for failure to prosecute under Rule 41(b). In particular, Plaintiff must file her motion for summary judgment on or before March 28, 2104. Plaintiff is warned that her failure to file her motion by this date may lead to dismissal of her complaint with prejudice.

Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-9000, extension 8657, or by signing up for an appointment on the15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, Plaintiff will be able to speak with

//

//

an attorney who may be able to provide basic legal help but not representation.  Information about the Legal Help Center is available at http://www.cand.uscourts.gov/helpcentersf .

**IT IS SO ORDERED.**

Dated:  March 4, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2